IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL A. CARRION,

     Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of Corrections,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0571

Opinion filed February 17, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Michael A. Carrion, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Jennifer Parker, General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.  See Powell v. Florida Department of Corrections, 727 So. 2d 1103 (Fla. 1st DCA 1999).

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.